# NO. 12-09-00403-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RICHIE WARREN,*<br>*APPELLANT* | § | *APPEAL FROM THE 3RD* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant Richie Warren attempts to appeal the trial court's denial of his motion for a speedy trial.

As a general rule, an appeal in a criminal case may be taken only from a judgment of conviction. *See* **Workman v. State**, 170 Tex. Crim. 621, 622, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961). However, there are certain narrow exceptions to this rule. **Wright v. State**, 969 S.W.2d 588, 589 (Tex. App.-Dallas 1998, no pet.) (listing exceptions). The order Appellant complains of is not a final judgment of conviction, and none of the exceptions stated in **Workman** apply here. Therefore, we have no jurisdiction over the appeal.

On December 4, 2009, this court notified Appellant, pursuant to Texas Rule of Appellate Procedure 37.1, that the information received in this appeal does not contain a final judgment or other appealable order. Appellant was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before January 4, 2009 to show the jurisdiction of this court. However, Appellant has neither shown the jurisdiction of this court or otherwise responded to its December 4, 2009 notice.

Because Appellant has not shown the jurisdiction of this court, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered January 6, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)